

# Fourth Court of Appeals
## San Antonio, Texas

December 12, 2017

No. 04-17-00670-CV

Dessiree Shvonne **MARSHALL,**
Appellant

v.

Bonnie **MULLER,**
Appellee

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-20521
Honorable John D. Gabriel, Jr., Judge Presiding

# O R D E R

On November 28, 2017, we ordered appellant to provide written proof of payment for the reporter's record. Appellant timely responded with proof of payment. Accordingly, it is ORDERED that the reporter's record must be filed in this Court **no later than fifteen days** from the date of this order. The clerk of this Court is instructed to send a copy of this order to the court reporter, Ms. Letitia Moncivais.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of December, 2017.

_____
KEITH E. HOTTLE,
Clerk of Court